No. 77–6797. PAYTON v. PAYTON ET AL. Sup. Ct. S. C. Certiorari denied.

No. 77–6799. PEREIRA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–6801. BRAWER v. CICCONE, MEDICAL CENTER DIRECTOR. C. A. 3d Cir. Certiorari denied.

No. 77–6802. OLSON v. RAINES ET AL. C. A. 10th Cir. Certiorari denied.

No. 77–6804. RICHARDS v. BUTLER, CORRECTIONAL SUPERINTENDENT, ET AL. C. A. 2d Cir. Certiorari denied.

No. 77–6805. SIMMONS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 77–6806. SMITH v. ROGERS MEMORIAL HOSPITAL, NOW CAPITOL HILL HOSPITAL. Ct. App. D. C. Certiorari denied.

No. 77–6807. WYATT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6808. STINSON v. CARDWELL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 77–6811. FRANKLIN v. CROSBY TYPESETTING CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 77–6812. MYERS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6813. ALONZO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6815. SANDERS v. WARDEN, STATE PRISON OF SOUTHERN MICHIGAN. C. A. 6th Cir. Certiorari denied.